Mark M. Bettilyon (4798)
Samuel C. Straight (7638)
Mica McKinney (12163)
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: mbettilyon@rqn.com
Email: sstraight@rqn.com
Email: mmckinney@rqn.com

*Attorneys for Plaintiff Cao Group*

Alan L. Sullivan (3152)
Amber M. Mettler (11460)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Email: asullivan@swlaw.com
Email: amettler@swlaw.com

Benjamin Hershkowitz
(Admitted Pro Hac Vice)
Gibson Dunn & Crutcher LLP
200 Park Ave
New York City, NY 10016-0193
Telephone: (212) 351-4000
Email: bhershkowitz@gibsondunn.com

*Attorneys for Defendant Sharp Electronics Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CAO Group, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GE Lighting, a Delaware Corporation, et al.<br><br>Defendants. | **JOINT STIPULATION AND MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**<br><br>Case No. 2:11-cv-426<br><br>Magistrate Judge Paul M. Warner |

Plaintiff CAO Group and Defendant Sharp Electronics Corporation ("SEC") by and through their undersigned counsel, hereby stipulate that Defendant SEC may have an extension of time to and including October 7, 2011 in which to answer, move or otherwise respond to

13406153

Plaintiff's Complaint.  This is the first stipulation and motion regarding an extension for time for SEC to respond to the Complaint.  SEC's response is currently due on August 8, 2011. (D.I.11).  Based on this stipulation, the parties hereby move the Court for an order extending the time in which defendant may respond to the Complaint.

DATED this 18th day of July, 2011.

/s/ __Mark M. Bettilyon_____
*Electronically signed with permission from Mark M. Bettilyon*
Mark M. Bettilyon (4798)
Samuel C. Straight (7638)
Mica McKinney (12163)
Ray Quinney & Nebeker (SLC)
36 State Street, Suite 1400
Salt Lake City, Utah 84145-0385
Telephone: (801) 323-3307

*Attorneys for Plaintiff Cao Group*


/s/_Amber M. Mettler_____
Alan L. Sullivan (3152)
Amber M. Mettler (11460)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101-1004
Telephone:  (801) 257-1900

Benjamin Hershkowitz (Pro Hac Vice)
Gibson Dunn & Crutcher LLP
200 Park Ave
New York City, NY  10016-0193
Telephone:  (212) 351-2410

*Attorneys for Defendant Sharp Electronics Corporation*

13406153

2

## CERTIFICATE OF SERVICE

I certify that the foregoing **STIPULATION AND MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**, was filed with the clerk of the court using the CM/ECF system on the 18th day of July, 2011, and will be sent electronically to all registered participants as identified on the notice of electronic filing.

/s/ ___Amber M. Mettler_____

13406153