# EXHIBIT A



Home   News   Travel   Money   Sports   Life   Your Life   Tech   Weather

Join USA TODAY
Sign in |
Become a member 

by Wendy Koch

Search

'Home' documentary shows Earth's stunning changes

Fragile wetlands face new test with oil spill

May 10, 2010

# Light bulb war? New LEDs by GE, Home Depot compete



| 61 | Recommend 41 | 2 |

By Wendy Koch, USA TODAY

Updated 2010-05-10 4:14 PM

Competition for the U.S. light bulb market intensified Monday as Home Depot said it's begun selling a "breakthrough" LED, only a month after General Electric and Cree announced similar products.

As the venerable incandescent begins its Congress-mandated phaseout in 2012, the once staid light bulb sector is seeing a frenzy of new, more efficient CFLs (compact fluorescent lamps), halogens and LEDs (light emitting diodes.)



CAPTION                    By Bill Wisser

Home Depot says the new 9-watt, $20 ECOSMART LED bulb, made in the United States, uses about 80% less energy than a 40 watt incandescent and contains no mercury as do most CFLs. It's also recyclable and dimmable.

If installed in a newborn's room today, "it will probably not have to be replaced until the child is ready to graduate college," says Home Depot's Jorge Fernandez in the announcement, which adds that the bulb could save $155 in energy costs over its life and pay for itself in less than two years.

"The ECOSMART LED bulb is a significant leap forward from Thomas Edison's 130 year-old invention," says Zach Gibler, chief executive office of Lighting Science Group Corporation, its manufacturer.

Cree, a leading LED manufacturer whose products have been used in the Pentagon, announced last month a new, more

## About Wendy Koch

Wendy Koch has been a reporter and editor at USA TODAY since 1998, covering politics and social issues. She's begun a quest to build the most eco-friendly home her budget allows. She'll share her experience and give you tips for greening your home. More about Wendy 

## Running features

- Mondays: How-to Green House
- Tuesdays: My Green House
- Wednesdays: Green House Book Club
- Fridays: This Week's Green House

## Green House photo galleries



Green Homes: Latest energy efficient abodes

efficient LED platform.

Also last month, General Electric said it has a new 40-watt replacement LED bulb that's expected to consume just 9 watts, provide a 77% energy savings and last more than 25 times as long.

"This is a bulb that can virtually light your kid's bedroom desk lamp from birth through high school graduation," John Strainic, GE Lighting's global product general manager said in the announcement, which adds the bulb will last 17 years if used four hours daily.

GE says its Energy Smart LED, expected to retail for $40 to $50, contains no mercury, is cool to the touch and should offer full brightness from the moment it's turned on. It's made with Cree XLamp XP-G LEDs.

GE says the bulb will be available later this year or early next year, but a prototype will be on display this week in Las Vegas at LightFair 2010, an annual trade show.

See photos of: Las Vegas, Home Depot

TAGS: CONGRESS   LAS VEGAS   GENERAL ELECTRIC   HOME DEPOT   CFL   CREE   LIGHTING SCIENCE GROUP CORPORATION

**More from USATODAY**
- 'Hockey mom' arrested on suspicion of having sex with son's team members
- Study: Earth's rising acidity poses crop, water risks
- Global warming's CO2 culprit jumps 45% since 1990
- Wireless MusicLites puts music where your light bulbs are
- Bright Idea: Lights with speakers

**More from the web**
- 4 Items Every Guy Needs in His Nightstand *(Man of the House)*
- The Take: Who Holds Back the Electric Motorcycle? *(Txchnologist)*
- 10 Things NOT to Say to a Person with Migraines *(HealthCentral.com)*
- Big in Japan: High-Speed Magnetic Levitation Trains *(ecomagination)*
- 10 Things Medical Science Has Discovered in the Past 10 Years *(Discovery)*

[?]

PREVIOUS
'Home' documentary shows Earth's stunning changes

NEXT
Fragile wetlands face new test with oil spill

*To report corrections and clarifications, contact Standards Editor **Brent Jones**. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.*

**Guidelines:** You share in the USA TODAY community, so please keep your comments smart and civil. Don't attack other readers personally, and keep your language decent. Use the "Report Abuse" button to make a difference. Read more.

**What Do You Think?**

To leave a comment, you need to sign up.

Sign up                                    Log in

61 comments                         Sort: Oldest to Newest



---

**Most popular topics**

Census   Bureau   Earth   Day   Environmental Protection   Agency   General Electric   Global Warming   Greenpeace   Habitat for Humanity   Honeywell   KB Home   LG Electronics   Mitsubishi Group   Natural Resources Defense Council   Samsung Electronics   Sierra Club   United States Department of Energy



St. Jude patient Belle
Make a resolution for good.
Donate now.
St. Jude Children's Research Hospital

**Subscribe to Green House**

Subscribe to Green House via RSS


Sign up for Green House e-mail alerts

Subscribe
Delivered by FeedBurner

**Blogroll**
- Care2.com
- Earth 911
- Ecofriend
- Energy Star
- GREENandSAVE
- Green Building Advisor
- Green Inc. (New York Times)
- Greenopia
- Home & Garden (Consumer Reports)
- Home by Sunset
- Inhabitat
- Jetson Green
- Mother Earth News
- Mother Nature Network
- National Geographic
- Natural Home Magazine
- Planet Green
- Re-Nest
- The Daily Green
- The Green Life (Sierra Club)
- Treehugger