Mark M. Bettilyon (4798)
Samuel C. Straight (7638)
Mica McKinney (12163)
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: mbettilyon@rqn.com
Email: sstraight@rqn.com
Email: mmckinney@rqn.com

*Attorneys for Plaintiff Cao Group, Inc.*

Alan L. Sullivan (3152)
Amber M. Mettler (11460)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Email: asullivan@swlaw.com
Email: amettler@swlaw.com

Benjamin Hershkowitz
(Admitted Pro Hac Vice)
Gibson Dunn & Crutcher LLP
200 Park Ave
New York City, NY 10016-0193
Telephone: (212) 351-4000
Email: bhershkowitz@gibsondunn.com

*Attorneys for Defendant Sharp Electronics Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| CAO GROUP, INC.,<br><br>Plaintiff,<br><br>*v.*<br><br>GE LIGHTING ET AL,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF CAO GROUP, INC. AND DEFENDANT SHARP ELECTRONICS CORPORATION**<br><br>Case No. 2:11-cv-426<br>Judge Dee Benson |

Pursuant to Fed. R. Civ. P. 41(a), CAO Group, Inc. ("CAO") and Defendant Sharp Electronics Corporation ("Sharp"), by and through their undersigned attorneys and subject to the approval of this Court, hereby stipulate to the dismissal, with prejudice, of the claims and counterclaims in the above-captioned matter as between CAO and Sharp, each of which is to bear its own attorneys' fees and costs. This Stipulation does not affect the pending claims

against any other defendants in the above-captioned case.

DATED this 30th day of January, 2012.

/s/ *Mica McKinney*
Mark M. Bettilyon (4798)
Samuel C. Straight (7638)
Mica McKinney (12163)
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: mbettilyon@rqn.com
Email: sstraight@rqn.com
Email: mmckinney@rqn.com

*Attorneys for Plaintiff Cao Group, Inc.*

*/s/ Amber M. Mettler*
*Electronically signed with permission from Amber M. Mettler*
Alan L. Sullivan (3152)
Amber M. Mettler (11460)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Email: asullivan@swlaw.com
Email: amettler@swlaw.com

Benjamin Hershkowitz
(Admitted Pro Hac Vice)
Gibson Dunn & Crutcher LLP
200 Park Ave
New York City, NY 10016-0193
Telephone: (212) 351-4000
Email: bhershkowitz@gibsondunn.com

*Attorneys for Defendant Sharp Electronics Corporation*

**APPROVED AND SO ORDERED THIS ____ day of ______________, 2012.**

___________________________________