FILED
U.S. DISTRICT COURT

2012 FEB -1  P 2: 35

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

Mark R. Malek (Admitted *Pro Hac Vice*)
mark@legalteamusa.com
Mark W. Warzecha (Admitted *Pro Hac Vice*)
mfw@legalteamusa.com
ZIES WIDERMAN & MALEK
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone: 321.255.2332
Facsimile: 321.255.2351

Christine T. Greenwood (8187)
greenwood@mgpclaw.com
MAGLEBY & GREENWOOD, P.C.
170 South Main Street, Suite 850
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Defendant Lighting Science Group Corporation

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAO GROUP, INC., a Utah corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GE LIGHTING, INC., a Delaware corporation; OSRAM SYLVANIA, a Delaware corporation; LIGHTING SCIENCE GROUP CORPORATION, a Florida corporation; NEXXUS LIGHTING, INC., a Delaware corporation; SHARP ELECTRONICS CORPORATION, a New Jersey corporation; TOSHIBA INTERNATIONAL CORPORATION, a California corporation; FEIT ELECTRIC COMPANY, INC., a California corporation; and LIGHTS OF AMERICA, INC.,<br><br>    Defendants. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No. 2:11-cv-00426**<br><br>**Honorable Dee Benson** |

Having received the motion of Defendant Lighting Science Groups Corporation

("Lighting Science"), for withdrawal of Scott D. Nyman as counsel of record for Lighting

Science in this matter, because the other counsel representing Lighting Science will continue in as counsel of record for Lighting Science, and for good cause appearing, it is hereby ORDERED that the motion is GRANTED. Mr. Nyman will no longer be listed as counsel of record for Lighting Science in this matter.

DATED this __1__ day of __February__, 2012.

UNITED STATES DISTRICT COURT

_____
Honorable Dee Benson

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY & GREENWOOD, P.C., 170 South Main Street, Suite 850, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **ORDER** was delivered to the following this 31st day of January, 2012, by:

[X]   Via CM/ECF System

Mark M. Bettilyon
 mbettilyon@rqn.com
Samuel C. Straight
 sstraight@rqn.com
Mica McKinney
 mmckinney@rqn.com
RAY, QUINNEY & NEBEKER
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385

*Attorneys for Plaintiff CAO Group, Inc.*

Milo Steve Marsden
 marsden.steve@dorsey.com
DORSEY & WHITNEY, LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah  84101-1685

*Attorneys for Defendant Toshiba International Corporation*

Douglas F. Stewart
 stewart.douglas@dorsey.com
Paul T. Meiklejohn
 meiklejohn.paul@dorsey.com
DORSEY & WHITNEY, LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104

*Attorneys for Defendant Toshiba International Corporation*

Alan L. Sullivan
 asullivan@swlaw.com
Amber M. Mettler
 amettler@swlaw.com
SNELL & WILMER
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101

*Attorneys for Defendant Sharp Electronics Corporation*

Benjamin Hershkowitz
 bhershkowitz@gibsondunn.com
GIBSON DUNN AND CRUTCHER
200 Park Avenue
New York, New York 10166-0193

*Attorneys for Defendant Sharp Electronics Corporation*

Barbara K. Polich
 bpolich@antczaklaw.com
ANTCZAK POLICH LAW, LLC
324 South 400 West, Suite 225
Salt Lake City, Utah 84101

*Attorneys for Defendant Osram Sylvania*

Christopher R. Dillon
 dillon@fr.com
Stephen A. Marshall
 smarshall@fr.com
FISH & RICHARDSON
One Marina Park Drive
Boston, MA 02210

*Attorneys for Defendant Osram Sylvania*

Peter W. Billings
 pbillings@fabianlaw.com
Robert G. Crockett
 rcrockett@fabianlaw.com
FABIAN & CLENDENIN, P.C.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323

*Attorneys for Defendant Nexxus Lighting, Inc.*

Gregory J. Sanders
 gjsanders@kippandchristian.com
KIPP AND CHRISTIAN, P.C.
10 Exchange Place, 4th Floor
Salt Lake City, Utah 84111

*Attorneys for Defendant GE Lighting, Inc.*

Jeffrey A. Andrews
 jandrews@lockelord.com
Robert J. McAughan, Jr.
 bmcaughan@lockelord.com
Daniel G. Nguyen
 dnguyen@lockelord.com
LOCKE LORD BISSELL & LIDDELL, LLP
600 Travis Street, Suite 2800
Houston, Texas 77002

*Attorneys for Defendant GE Lighting, Inc.*

Gregory D. Phillips
 gdp@hpalaw.com
Howard Phillips & Andersen
560 East 200 South, Suite 300
Salt Lake City, Utah 84102

*Attorneys for Defendant Lights of America*

/s/ Jo Washenko